UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
SHREVEPORT DIVISION

| | |
|---|---|
| **CHELSEA SMITH**<br>    *Plaintiff,* | § CIVIL ACTION No.: 5:17-cv-01607<br>§<br>§ JUDGE S. MAURICE HICKS, JR. |
| **VERSUS** | §<br>§ MAGISTRATE JUDGE MARK L. HORNSBY |
| **POSITIVE CHANGE COUNSELING AGENCY, L.L.C.**<br>    *Defendant.* | §<br>§<br>§<br>§ |

## ORDER

CONSIDERING THE ABOVE AND FOREGOING *Motion for Stay of Proceedings*, and based on this Court's consideration of the briefing and the applicable factors to be considered when considering a motion to stay a civil matter pending the resolution of criminal proceeding(s), as enumerated recently by the Western District of Louisiana in *Mosing v. Boston*, No. 6:14-cv-02608, 2017 WL 4228699 (W.D. La. Sept. 22, 2017), this Court finds just cause to stay this proceeding.

Based on the foregoing, and no opposition having been filed;

IT IS HEREBY ORDERED that the "Motion for Stay of Proceedings" filed by Defendant, POSITIVE CHANGE COUNSELING AGENCY, L.L.C. is hereby GRANTED. The case is stayed pending further order of this court.

THUS DONE AND SIGNED this  26th  day of  May  2020, in Shreveport, Caddo Parish, Louisiana.

_____
DISTRICT COURT JUDGE