UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
SHREVEPORT DIVISION

CHELSEA SMITH                                   CIVIL ACTION NO. 17-cv-1607

VERSUS                                          JUDGE ELIZABETH E. FOOTE

POSITIVE CHANGE COUNSELING            MAGISTRATE JUDGE HORNSBY
AGENCY, LLC

**JUDGMENT**

For the reasons assigned in the Report and Recommendation of the Magistrate Judge

previously filed herein, and having thoroughly reviewed the record, no written objections

having been filed, and concurring with the findings of the Magistrate Judge under the

applicable law;

It is ordered that this civil action be dismissed without prejudice for failure to

prosecute.

THUS DONE AND SIGNED at Shreveport, Louisiana, this the ____2nd____ day

of ____November____, 2021.

_____
ELIZABETH E. FOOTE
UNITED STATES DISTRICT JUDGE